### 35410. WILLIAMS *v.* THE STATE.

CARLISLE, J. 1. If the judgment of a superior court dismissing or overruling a certiorari is correct for any reason, the judgment will be affirmed. *Zachry* v. *State*, 81 *Ga. App.* 637 (59 S. E. 2d 555), and citations.

2. "A failure to give the solicitor-general at least ten days' written notice of the sanction of a writ of certiorari to which the State is a party and of the time and place of hearing (unless prevented by unavoidable cause), or to obtain a waiver of such notice, is fatal to the proceedings. . . [citing cases]. Service upon and notice to the Solicitor of the Criminal Court of Fulton County is insufficient to cure the defect." *Washburn* v. *Thompson*, 78 *Ga. App.* 133 (50 S. E. 2d 761). As it does not affirmatively appear from the certiorari proceedings in this case that the required notice or a waiver thereof was given to or secured from the Solicitor-General of the Superior Court of Fulton County, the proceedings were fatally defective, and the superior court did not err in overruling and denying the petition for certiorari.

*Judgment affirmed. Gardner, P. J., and Townsend, J., concur.*

DECIDED NOVEMBER 24, 1954.

*Wesley G. Bailey,* for plaintiff in error.

*John I. Kelley, Solicitor, Paul Webb, Solicitor-General, C. O. Murphy,* contra.